SHERWOOD CO-OPERATIVE CO. *v.* TACKETT'S ESTATE.

This case is controlled by *Hocking Valley Products Co.* v. *Tackett's Estate, ante,* 623.

Error to Muskegon; Vanderwerp (John), J. Submitted April 20, 1922. (Docket No. 96.) Decided July 20, 1922.

The Sherwood Co-operative Company presented a claim against the estate of Marion F. Tackett, deceased, for goods sold and delivered. The claim was allowed in the probate court, and defendant appealed to the circuit court. Judgment for defendant. Plaintiff brings error. Reversed.

*Carpenter & Jackson,* for appellant.

*Cross, Foote & Sessions,* for appellee.

McDONALD, J. This case is a companion of *Hocking Valley Products Co.* v. *Tackett's Estate, ante,* 623, and is controlled by the opinion in that case.

Judgment reversed and new trial granted, with costs to the plaintiff.

FELLOWS, C. J., and WIEST, CLARK, BIRD, SHARPE, MOORE, and STEERE, JJ., concurred.